MELISSA K. LANTZ,
Plaintiff/Appellant,

v.

John BLADUS, Defendant/Respondent.

No. ED 82790.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 16, 2003.

Kurt E. Wolfgram, Wolfgram & Gherardini, P.C. St. Louis, for appellant.

Clifford A. Godiner, Thomas Coburn LLP, St. Louis, Derek G. Barella, Winston & Strawn LLP, Chicago, IL, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

### *ORDER*

PER CURIAM.

Plaintiff, Melissa K. Lantz, appeals from the trial court's judgment dismissing her claim against her co-worker, defendant John Bladus because the Labor and Industrial Relations Commission had exclusive jurisdiction under the Workers' Compensation Act. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).